DISMUKES *et al. v.* BAINBRIDGE STATE BANK.

| 99 | 179 |
|---|---|
| 119 | 518 |
| 99 | 179 |
| 124 | 812 |

*Lumpkin, J.*—The bill of exceptions containing no assignment of error upon any ruling or decision of the court below, it presents nothing for adjudication by this court, and the writ of error must be dismissed.          *Writ of error dismissed.*

June 12, 1896. By two Justices. Argued at the last term.

Practice in Supreme Court.

It appears from the bill of exceptions, that the case in the superior court was called for trial and defendants were not present; that plaintiffs made out their case and obtained a verdict and judgment against defendants; that later on the same day defendants came into court and moved to reinstate the case for trial, which motion was heard and overruled by the court; "wherefore the defendants in the case now tender this their bill of exceptions within thirty days from said trial, and pray that the same may be certified," etc. The bill of exceptions then designates the declaration, the plea, and the motion to reinstate, "as necessary record to a clear understanding of the errors complained of," and prays that the court certify, and "that the errors complained of may be considered and corrected." It does not assign error upon any ruling or decision of the court below.

*D. A. Russell*, for plaintiffs in error.
*Donalson & Hawes*, contra.